DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RICHARD FORMICA,**
Appellant,

v.

**KAREN FORMICA,**
Appellee.

No. 4D17-634

[July 27, 2017]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Keathan B. Frink, Judge; L.T. Case No. 02-25463(36).

Bruce H. Little of Bruce H. Little, P.A., Fort Lauderdale, for appellant.

Judith A. Homko, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***